UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VALARIE WHITNER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 4:15 CV 1655 RWS |
| | ) |
| CITY OF PAGEDALE, | ) |
| | ) |
| Defendant. | ) |

**AMENDED CASE MANAGEMENT ORDER**

In accordance with and for the reasons stated on the record at the status conference held on November 3, 2016,

**IT IS HEREBY ORDERED** that the remaining deadlines set in the case management order for this case [35] are vacated.

**IT IS FURTHER ORDERED** that the parties shall file a proposed protective order(s) to be entered in this case no later than **November 10, 2016**.

**IT IS FURTHER ORDERED** that the following schedule shall apply to the class certification issues in this case and will be modified only upon a showing of exceptional circumstances:

1. The parties shall complete all discovery relating to class certification issues no later than **February 17, 2017**.

2. Motions to compel shall be pursued in a diligent and timely manner, but in no event filed more than eleven days following the discovery deadline set out above.

3. Plaintiffs' brief in support of class certification must be filed no later than **March 10, 2017**.  Opposition briefs shall be filed no later than **March 31, 2017**, and any reply brief may be filed no later than **April 10, 2017**.

4. This action is set for a **Class Certification Hearing** on **May 18, 2017 at 10:00 a.m.** in Courtroom 16-South.  This is an evidentiary hearing, and the parties shall present all evidence they deem necessary in support of their respective positions at this hearing.

Failure to comply with any part of this order may result in the imposition of sanctions.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of November, 2016.

2