IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VALARIE WHITNER, VINCENT BLOUNT, and MILDRED BRYANT, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>CITY OF PAGEDALE, a Missouri municipal Corporation,<br><br>      Defendant. | Cause No.: 4:15-cv-01655-RWS |

## MEMORANDUM REGARDING UPCOMING STATUS CONFERENCE

COMES NOW Defendant City of Pagedale ("Defendant"), by and through the undersigned counsel, and reports the following to the Court as pertains to the scheduled Court appearance on November 14, 2017:

1. During the November 7, 2017 Court appearance, this Court, upon hearing of the status of settlement negotiations in this case, set this matter for another Court appearance on November 14, 2017 at 3:30 p.m.  The Court further instructed undersigned counsel to bring the Pagedale City Attorney to the upcoming hearing.

2. Pagedale's City Attorney, Sam Alton, has a bench trial set before the Associate Circuit Court of St. Louis County, Division 42, Judge Robert Heggie, on the afternoon of November 14, 2017.  Per Mr. Alton, witnesses, including an alleged victim, have already made accommodations for the aforementioned trial.  For this reason, amongst others, a continuance of the bench trial, even if it were to be granted, would not be without hardship for these witnesses.

3. For this reason, Mr. Alton will not be available to attend the November 14, 2017 hearing in this matter.

4. Mr. Alton has reported, however, that the general terms of the settlement proposed by and between counsel for the Parties has been reviewed with the Pagedale Board of Alderpersons, which is agreeable to implementing the governmental and/or policy changes contemplated by the Parties.

5. Undersigned counsel remains interested in discussing the potential extension and/or stay of class certification deadlines in light of the apparent likelihood of resolution of this matter and the time needed hopefully finalize settlement in this case. Defendant's deadline for filing its response to Plaintiffs' Motion for Class Certification is November 17, 2017.

BEHR, McCARTER & POTTER, P.C.

By: */s/ Timothy J. Reichardt*
Timothy J. Reichardt, #57684MO
Ryan M. Hyde, #63904MO
7777 Bonhomme Avenue, Suite 1400
St. Louis, MO 63105
Telephone: (314) 862-3800
Facsimile: (314) 862-3953
Email: treichardt@bmplaw.com
Email: rhyde@bmplaw.com
*Attorneys for Defendant City of Pagedale*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of November, 2017, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served upon all parties of record via the Court's electronic filing system.

 /s/ Timothy J. Reichardt