UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VALARIE WHITNER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:15 CV 1655 RWS |
| CITY OF PAGEDALE, | ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that a hearing regarding the parties' proposed consent decree is set in this matter on **Friday, February 2, 2018 at 1:30 p.m.** in Courtroom 16 South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of January, 2018.